IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank of the Midwest, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 12 CV 206 |
| | ) | Assigned Judge: |
| v. | ) ) | Hon. Robert M. Dow, Jr. |
| HIMA-L JAIKRIT GILBERT CONVENIENCE, INC. and AEKTA R. PATEL, | ) ) ) | Magistrate Judge: Hon. Sheila M. Finnegan |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF A JUDGMENT**

NOW COMES the Plaintiff, PNC Bank, National Association, successor to National City Bank, successor to National City Bank of the Midwest ("Plaintiff" or "PNC"), by and through its attorneys, Thomas J. Dillon, Wendy Kaleta Skrobin, Timothy J. Somen and McFadden & Dillon, P.C., and hereby moves this Court for entry of a Judgment in favor of Plaintiff. In support thereof, Plaintiff submits its Affidavit of Proof.

Respectfully submitted,

/s/ Wendy Kaleta Skrobin
One of the attorneys for plaintiff, PNC Bank, National Association, successor to National City Bank of the Midwest

Thomas J. Dillon (ARDC#3124223)
t.dillon@mcdillaw.com
Wendy Kaleta Skrobin (ARDC#6226119)
w.skrobin@mcdillaw.com
Timothy J. Somen (ARDC#6279438)
t.somen@mcdillaw.com
McFadden & Dillon, P.C.
120 S. LaSalle Street
Suite 1335
Chicago, Illinois 60603
(312) 201-8300